[No. 41505-4-II.   Division Two.   September 29, 2015.]

*In the Matter of the Personal Restraint of* DANIEL L. LONGAN, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[Nos. 45616-8-II; 46336-9-II.   Division Two.   September 29, 2015.]

CHRISTOPHER HONSE ET AL., *Respondents*, v. PATRICE CLINTON ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for Pierce County, No. 13-2-13277-5, Ronald E. Culpepper and Jack F. Nevin, JJ., entered November 22, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46146-3-II.   Division Two.   September 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR ALEJANDRO MORENO-VALENTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-02269-9, David E. Gregerson, J., entered April 14, 2014. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46241-9-II.   Division Two.   September 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA L. HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00605-1, James W. Lawler, J., entered May 6, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.